IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Gene Wook Choe – #187704

_____/

No. C 13-80126 WHA

**ORDER OF SUSPENSION**

Because Gene Wook Choe has failed to respond to the order to show cause, Mr. Choe's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE